

**strauss borrelli.com**

Application to consolidate DENIED.
See Order of September 29, 2025 (ECF 26).
SO ORDERED.
Dated: 10/8/2025

*P. Kevin Castel*
P. Kevin Castel
United States District Judge

Raina Borrelli
raina@straussborrelli.com
872.263.1100

September 25, 2025

*VIA E-FILE*

Judge P. Kevin Castel
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Courtroom 11D
New York, NY 10007-1312

**Re:** (1) Quintero et al. v. Trustees of Columbia University, No. 1:25-cv-5541, filed on July 3, 2025; (2) Holmes v. Trustees of Columbia University, No. 1:25-cv-6232, filed on July 29, 2025; (3) Murray v. Trustees of Columbia University, No. 1:25-cv-6283, filed on July 30, 2025; (4) McQueen v. Trustees of Columbia University, No. 1:25-cv-6622, filed on August 11, 2025; (5) Daley v. Trustees of Columbia University, No. 1:25-cv-6665, filed on August 12, 2025; (6) Hall v. Trustees of Columbia University, No. 1:25-cv-6664, filed on August 12, 2025; (7) Sabedra v. Trustees of Columbia University, No. 1:25-cv-6698, filed on August 13, 2025; (8) Nadeau v. Trustees of Columbia University, No. 1:25-cv-6720, filed on August 14, 2025; (9) Babb v. Trustees of Columbia University, No. 1:25-cv-6745, filed on August 14, 2025; and (10) Linich et al v. Trustees of Columbia University, No. 1:25-cv-6928, filed on August 22, 2025 (collectively, the "Related Actions").

Dear Judge Castel,

We write collectively on behalf of the Plaintiffs in the above referenced cases. Pursuant to Section 3.A. of the Court's Individual Practices, Plaintiffs move to consolidate all of the actions pending in the Southern District of New York relating to the unauthorized access of Defendant Trustees of Columbia University's ("Columbia") network systems that Columbia issued notice of beginning on July 2, 2025 ("Data Breach."). Plaintiffs request the Court consolidate the Related Actions, and all other class and/or representative actions (now and in the future) naming Columbia as a defendant in connection with the Data Breach, under Case No. 1:25-cv-5541. Plaintiffs have conferred with counsel for plaintiffs in each of the related actions and counsel for Defendant, and no party opposes the relief sought in this letter. The initial conference is currently scheduled for November 21, 2025 at 11:00 a.m.

Currently, there are ten cases pending in this district relating to the Data Breach. All of the Related Actions name Columbia as a defendant and are listed above.

FRCP 42(a) states, "If actions before the court involve a common question of law or fact, the court may: . . . consolidate the actions. . . ." "The trial court has broad discretion to consolidate actions under Rule 42(a), and cases may be consolidated even where certain defendants are named in only one of the complaints." In re Fuwei Films Sec. Litig., 247 F.R.D.

Judge Castel
September 25, 2025
Page 2

432, 435 (S.D.N.Y. 2008) (internal citations omitted). The Second Circuit Court of Appeals has noted that "courts have taken the view that considerations of judicial economy favor consolidation." Johnson v. Celotex Corp., 899 F.2d 1281, 1285 (2d Cir. 1990).

The Related Actions share many common questions of law and fact. They arise from the same transaction or event—the Data Breach that exposed the personally identifiable information ("PII") of current and former students, employees and applicants—and each seeks to represent a nationwide class of persons affected by the Data Breach. Additionally, the Related Actions raise common theories of recovery, as each complaint brings a claim of negligence against Columbia, argues Columbia violated its duty to protect the PII it collects and stores, and alleges Columbia owes damages to those affected by the Data Breach. Each of the Related Actions will also raise similar questions of fact because they all arise out of the same core nucleus of operative facts.

Consolidation will serve the goals of judicial efficiency and avoidance of inconsistent verdicts by eliminating duplicative and overlapping litigation. Following consolidation, the Court will be able to address the factual and legal issues raised in the Related Actions in one proceeding rather than five, streamlining the resolution of each case. See Nomura Sec. Int'l, Inc. v. E*Trade Sec., Inc., 280 F. Supp. 2d 184, 204 (S.D.N.Y. 2003) ("[P]arallel litigation of essentially the same fraud claim in two separate actions threatens not only wasteful duplication of effort, but also the prospect of inconsistent adjudications."). Consolidating the Related Actions also precludes the possibility that the Related Actions may result in inconsistent verdicts. Consolidating the Related Actions will conserve judicial resources and ensure that there are no inconsistent results. Courts consistently find that overlapping data breach class actions are particularly appropriate for consolidation[1]. There is no reason to reach a different conclusion here. Consolidation of the Related Actions pursuant to FRCP 42(a) is warranted.

Additionally, Plaintiffs request that the Court set the following schedule:

Establish an application process, including deadlines for appointment of interim class counsel pursuant to Fed. R. Civ. P. 23(g). Plaintiffs suggest that all applications be due within 14 days of an order consolidating cases with the application limited to 15 pages. Several Plaintiffs' counsel believe a short, up to 5 pages, response brief to be filed within 7 business days of the opening briefs can be an aid to the Court.

---

[1] See, e.g., Cook v. Legends Int'l, LLC, 2025 U.S. Dist. LEXIS 118950, *2 (S.D.N.Y. Jun. 18, 2025) (granting motion to consolidate data breach cases that "assert some of the same issues of fact and law, grow out of the same alleged data breach …, have many of the same claims, and have proposed class definitions that will encompass the same persons"); Rubenstein v. Scripps Health, No. 21cv1135-GPC(MSB), 2021 U.S. Dist. LEXIS 192182, at *4 (S.D. Cal. Oct. 5, 2021) (granting motion to consolidate data breach cases that "involve the same underlying facts and substantially similar questions of law"); Kaplan v. 21st Century Oncology Holdings, No. 2:16-cv-210-FtM-99MRM, 2016 U.S. Dist. LEXIS 105791, at *13 (M.D. Fla. July 21, 2016) ("[I]t is clear that common questions of law and fact permeate these cases [because] . . . all of the cases appear to arise from the same alleged data breach.").

Judge Castel
September 25, 2025
Page 3

      Deadline to file a consolidated complaint: within 45 days of an order appointing interim class counsel.

                Respectfully submitted,

By: */s/ Raina C. Borrelli*
     Raina C. Borrelli (*Pro Hac Vice*)
     STRAUSS BORRELLI PLLC
     One Magnificent Mile
     980 N Michigan Avenue, Suite 1610
     Chicago IL, 60611
     Telephone: (872) 263-1100
     Facsimile: (872) 263-1109
     raina@straussborrelli.com

     Jeffrey S. Goldenberg
     GOLDENBERG SCHNEIDER, LPA
     4445 Lake Forest Drive, Suite 490
     Cincinnati, OH 45242
     Tel: (513) 345-8291
     jgoldenberg@gs-legal.com

     Charles E. Schaffer
     LEVIN SEDRAN & BERMAN, LLP
     510 Walnut Street, Suite 500
     Philadelphia, PA 19106
     Tel: (215) 592-1500
     cschaffer@lfsblaw.com

     Brett R. Cohen
     LEEDS BROWN LAW, P.C.
     One Old Country Road, Suite 347
     Carle Place, New York 11514
     Tel: (516) 873-9550
     bcohen@leedsbrownlaw.com

     Leanna A. Loginov (NY Bar No. 5894753)
     SHAMIS & GENTILE, P.A.
     14 NE 1st Ave, Suite 705
     Miami, FL 33132
     Tel: (305) 479-2299
     Email: lloginov@shamisgentile.com

Paul J. Doolittle
POULIN | WILLEY | ANASTOPOULO
32 Ann Street
Charleston, SC 29403
Telephone: (803) 222-2222
Fax: (843) 494-5536
Email: paul.doolittle@poulinwilley.com
cmad@poulinwilley.com

Courtney Maccarone (CM-5863)
Jeff Ostrow (pro hac vice forthcoming)
KOPELOWITZ OSTROW P.A.
One West Las Olas Blvd., Suite 500
Fort Lauderdale, Florida 33301
Tel: (954) 525-4100
maccarone@kolawyers.com
ostrow@kolawyers.com

Vicki J. Maniatis (NY Bar No. 2578896)
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
405 East 50th Street
New York, New York 10022
Tel.: (516) 491-4665
vmaniatis@milberg.com

Mariya Weekes (pro hac vice forthcoming)
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
201 Sevilla Avenue, 2nd Floor
Coral Gables, FL 33134
Tel: (786) 879-8200 / Fax: (786) 879-7520
mweekes@milberg.com

Steven M. Nathan (NY 2156289)
Ashley Crooks (NY 5800776)
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, New York 10004
(646) 357-1100
snathan@hausfeld.com
acrooks@hausfeld.com

James J. Pizzirusso
HAUSFELD LLP

Judge Castel
September 25, 2025
Page 5

    1200 17th Street, N.W., Suite 600
    Washington, DC 20036
    (202) 540-7200
    jpizzirusso@hausfeld.com

    Paul C. Whalen (Fed. Bar # PW1300)
    LAW OFFICE OF
    PAUL C. WHALEN P.C.
    P.O. Box 111
    Haines Falls, NY 12436
    Phone: (516) 426-6870
    pcwhalen@gmail.com

    John A. Yanchunis (pro hac vice forthcoming)
    Ronald Podolny (NY Bar # 4772232)
    Antonio Arzola, Jr. (pro hac vice forthcoming)
    MORGAN & MORGAN
    COMPLEX LITIGATION GROUP
    201 N. Franklin Street, 7th Floor
    Tampa, Florida 33602
    Phone: (813) 275-5272
    Fax: (813) 222-4736
    jyanchunis@forthepeople.com
    ronald.podolny@forthepeople.com
    ararzola@forthepeople.com

    William B. Federman (SDNY Bar #21540)
    Tanner R. Hilton (pro hac vice forthcoming)
    FEDERMAN & SHERWOOD
    10205 North Pennsylvania Avenue
    Oklahoma City, OK 73120
    Telephone: (405) 235-1560
    wbf@federmanlaw.com
    trh@federmanlaw.com

    A. Brooke Murphy (pro hac vice forthcoming)
    MURPHY LAW FIRM
    4116 Will Rogers Pkwy, Suite 700
    Oklahoma City, OK 73108
    T: (405) 389-4989
    E: abm@murphylegalfirm.com

    Rachele R. Byrd (pro hac vice forthcoming)
WOLF HALDENSTEIN ADLER
FREEMAN & HERTZ LLP
750 B Street, Suite 1820,
San Diego, CA 92101
Telephone: 619-239-4599
byrd@whafh.com

Amber L. Schubert
SCHUBERT JONCKHEER & KOLBE LLP
2001 Union St, Ste 200
San Francisco, CA 94123
Tel: 415-788-4220
Fax: 415-788-0161
aschubert@sjk.law

Gary F. Lynch (NY 5553854)
Gerald D. Wells, III (pro hac vice forthcoming)
LYNCH CARPENTER, LLP
1133 Penn Ave, 5th Floor
Pittsburgh, PA 15222
T: 412-322-9243
gary@lcllp.com
jerry@lcllp.com

M. Anderson Berry (pro hac vice forthcoming)
Gregory Haroutunian
CLAYEO C. ARNOLD
A PROFESSIONAL CORPORATION
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 239-4778
Fax: (916) 924-1829
aberry@justice4you.com
gharoutunian@justice4you.com

*Attorneys for Plaintiffs*

cc: All Counsel of Record (via ECF)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **JOSEPH QUINTERO, et al.**, on behalf of himself and all others similarly situated,<br><br>     Plaintiff,<br>v.<br><br>**THE TRUSTEES OF COLUMBIA UNIVERSITY**,<br>     Defendant. | No. 1:25-cv-5541 |
| **SHAKEEM HOLMES**, on behalf of himself and all others similarly situated,<br><br>     Plaintiff,<br>v.<br><br>**THE TRUSTEES OF COLUMBIA UNIVERSITY**,<br>     Defendant. | No. 1:25-cv-06232 |
| **LIAM MURRAY**, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br>v.<br><br>**THE TRUSTEES OF COLUMBIA UNIVERSITY**,<br>     Defendant. | No. 1:25-cv-06283 |

| | |
|---|---|
| **JOHN MCQUEEN**, individually and on behalf of all others similarly situated,<br><br>                                  Plaintiff,<br>v.<br><br>**THE TRUSTEES OF COLUMBIA UNIVERSITY**,<br>                                  Defendant. | No. 1:25-cv-06622 |
| **STEVEN DALEY**, individually and on behalf of all others similarly situated,<br><br>                                  Plaintiff,<br>v.<br><br>**THE TRUSTEES OF COLUMBIA UNIVERSITY**,<br>                                  Defendant. | No. 1:25-cv-6665 |
| **ALEX HALL**, individually and on behalf of all others similarly situated,<br><br>                                  Plaintiff,<br>v.<br><br>**THE TRUSTEES OF COLUMBIA UNIVERSITY**,<br>                                  Defendant. | No. 1:25-cv-06664 |
| **CARMEN SABEDRA**, individually and on behalf of all others similarly situated,<br><br>                                  Plaintiff,<br>v.<br><br>**THE TRUSTEES OF COLUMBIA UNIVERSITY** d/b/a **COLUMBIA UNIVERSITY**,<br>                                  Defendant. | No. 1:25-cv-06698 |

| | |
|---|---|
| **GABRIELA NADEAU**, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> **THE TRUSTEES OF COLUMBIA UNIVERSITY**, <br><br> Defendant. | No. 1:25-cv-06720 |
| **KHAMARI BABB**, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> **TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK**, <br> Defendant. | No. 1:25-cv-06745 |
| **LUKE LINICH, et al.**, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> **TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK**, <br> Defendant. | No. 1:25-cv-06928 |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR CONSOLIDATION**

This matter came before the Court on Plaintiffs' motion for consolidation. Upon consideration of the motion, any responses or oppositions thereto from counsel for Defendant and counsel for Plaintiffs in the related cases, and all supporting papers filed in support of the motion or any response or opposition thereto, **FOR GOOD CAUSE SHOWN**, Plaintiffs' motion is **HEREBY GRANTED**. The following actions are hereby consolidated pursuant to Federal Rule

3

of Civil Procedure 42(a): (1) *Quintero et al. v. Trustees of Columbia University*, No. 1:25-cv-5541, filed on July 3, 2025; (2) *Holmes v. Trustees of Columbia University*, No. 1:25-cv-6232, filed on July 29, 2025; (3) *Murray v. Trustees of Columbia University*, No. 1:25-cv-6283, filed on July 30, 2025; (4) *McQueen v. Trustees of Columbia University*, No. 1:25-cv-6622, filed on August 11, 2025; (5) *Daley v. Trustees of Columbia University*, No. 1:25-cv-6665, filed on August 12, 2025; (6) *Hall v. Trustees of Columbia University*, No. 1:25-cv-6664, filed on August 12, 2025; (7) *Sabedra v. Trustees of Columbia University*, No. 1:25-cv-6698, filed on August 13, 2025; (8) *Nadeau v. Trustees of Columbia University*, No. 1:25-cv-6720, filed on August 14, 2025; (9) *Babb v. Trustees of Columbia University*, No. 1:25-cv-6745, filed on August 14, 2025; and (10) *Linich et al. v. Trustees of Columbia University*, No. 1:25-cv-06928, filed on August 21, 2025 (collectively, the "Consolidated Actions").

If any actions filed in this Court in the future shall be related to any of these pending related cases, they will be consolidated with these Consolidated Actions. All papers filed in the Consolidated Actions shall be filed under Case No. 1:25-cv-5541, the lowest docketed case.

The Court sets the following schedule:

**Deadline for submission of applications for appointment as interim class counsel pursuant to Fed. R. Civ. P. 23(g)**: within 14 days of this Order. Applications are limited to 15 pages. [Response briefs up to 5 pages to be filed within 7 business days of the opening briefs.]

**Deadline to file a consolidated complaint:** within 45 days of an order appointing interim class counsel.

4

**IT IS SO ORDERED.**

Dated:_____, 2025

                                                    By:_____
                                                    Hon. Kevin Castel
                                                    United States District Judge