UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH QUINTERO, et al., on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE TRUSTEES OF COLUMBIA UNIVERSITY,<br>Defendant. | No. 1:25-cv-05541-PKC |
| SHAKEEM HOLMES, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE TRUSTEES OF COLUMBIA UNIVERSITY,<br>Defendant. | No. 1:25-cv-06232-PKC |
| LIAM MURRAY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE TRUSTEES OF COLUMBIA UNIVERSITY,<br><br>Defendant. | No. 1:25-cv-06283-PKC |
| JOHN MCQUEEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE TRUSTEES OF COLUMBIA UNIVERSITY,<br><br>Defendant. | No. 1:25-cv-06622-PKC |

1

| | |
|---|---|
| STEVEN DALEY, individually and on behalf of all others similarly situated,<br><br>              Plaintiff,<br>v.<br><br>THE TRUSTEES OF COLUMBIA UNIVERSITY,<br><br>              Defendant. | No. 1:25-cv-06665-PKC |
| ALEX HALL, individually and on behalf of all others similarly situated,<br><br>              Plaintiff,<br>v.<br><br>THE TRUSTEES OF COLUMBIA UNIVERSITY,<br><br>              Defendant. | No. 1:25-cv-06664-PKC |
| CARMEN SABEDRA, individually and on behalf of all others similarly situated,<br><br>              Plaintiff,<br>v.<br><br>THE TRUSTEES OF COLUMBIA UNIVERSITY d/b/a COLUMBIA UNIVERSITY,<br><br>              Defendant. | No. 1:25-cv-06698-PKC |
| GABRIELA NADEAU, individually and on behalf of all others similarly situated,<br><br>              Plaintiff,<br>v.<br><br>THE TRUSTEES OF COLUMBIA UNIVERSITY,<br><br>              Defendant. | No. 1:25-cv-06720-PKC |

2

| | |
|---|---|
| KHAMARI BABB, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK,<br><br>Defendant. | No. 1:25-cv-06745-PKC |
| LUKE LINICH, et al., on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK,<br><br>Defendant. | No. 1:25-cv-06928-PKC |

## [PROPOSED] ORDER CONSOLIDATING RELATED ACTIONS AND APPOINTING INTERIM CLASS COUNSEL

This matter came before the Court on the Court's September 29, 2025, Order setting an initial Case Management Conference and to show cause (1:25-cv-05541-PKC, Dkt. No. 26) and Plaintiffs' responses thereto and motions for appointment of interim class counsel (1:25-cv-06622-PKC, Dkt. No. 18; 1:25-cv-05541-PKC, Dkt. No. 33). At the hearing and Case Management Conference held on December 3, 2025, the parties stipulated to consolidation of the above-captioned actions (the "Related Actions") and appointment of Interim Co-Lead Class Counsel, and the Court approved the stipulation. Therefore, **FOR GOOD CAUSE SHOWN**, the Court enters the following **ORDER**:

1.    The following Related Actions are hereby consolidated pursuant to Federal Rule of Civil Procedure 42(a): (1) *Quintero, et al. v. Trustees of Columbia University*, No. 1:25-cv-05541-

3

PKC, filed on July 3, 2025; (2) *Holmes v. Trustees of Columbia University*, No. 1:25-cv-06232-PKC, filed on July 29, 2025; (3) *Murray v. Trustees of Columbia University*, No. 1:25-cv-06283-PKC, filed on July 30, 2025; (4) *McQueen v. Trustees of Columbia University*, No. 1:25-cv-06622-PKC, filed on August 11, 2025; (5) *Daley v. Trustees of Columbia University*, No. 1:25-cv-06665-PKC, filed on August 12, 2025; (6) *Hall v. Trustees of Columbia University*, No. 1:25-cv-06664-PKC, filed on August 12, 2025; (7) *Sabedra v. Trustees of Columbia University*, No. 1:25-cv-06698-PKC, filed on August 13, 2025; (8) *Nadeau v. Trustees of Columbia University*, No. 1:25-cv-06720-PKC, filed on August 14, 2025; (9) *Babb v. Trustees of Columbia University*, No. 1:25-cv-06745-PKC, filed on August 14, 2025; and (10) *Linich, et al. v. Trustees of Columbia University*, No. 1:25-cv-06928-PKC, filed on August 21, 2025 (collectively, the "Consolidated Action").

2. All papers filed in the Consolidated Action shall be filed under Case No. 1:25-cv-05541-PKC, the number assigned to the lowest-numbered case, and shall bear the following caption:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *IN RE COLUMBIA UNIVERSITY DATA BREACH LITIGATION*<br><br>This Document Relates To: | Lead Case No. 1:25-cv-05541-PKC |

3. The case file for the Consolidated Action will be maintained under Lead Case No. 1:25-cv-05541-PKC (the "Lead Case"). All other Related Actions will be administratively closed until the resolution of the Lead Case.

4. Any action subsequently filed in, transferred to, or removed to this Court that arises out of the same or similar operative facts as the Consolidated Action shall be consolidated with

the Consolidated Action for pre-trial purposes. The parties shall file a Notice of Related Cases whenever a case that should be consolidated into the Consolidated Action is filed in, transferred to, or removed to this District.

5.      If the Court determines that the case is related, the clerk shall:

      a.   Place a copy of this Order in the separate file for such action;

      b.   Serve on Plaintiffs' counsel in the new case a copy of this Order;

      c.   Direct that this Order be served upon Defendant(s) in the new case; and

      d.   Make appropriate entry in the Lead Case.

6.      Pursuant to Federal Rule of Civil Procedure 23(g)(3), Charles Schaffer of Levin Sedran & Berman LLP, William B. Federman of Federman & Sherwood, Rachele R. Byrd of Wolf Haldenstein Adler Freeman & Herz LLP, and Ashley Crooks of Hausfeld LLP are hereby appointed Interim Co-Lead Class Counsel. Co-Lead Class Counsel are designated to "act on behalf of a putative class before determining whether to certify the action as a class action" and are responsible for coordinating pretrial proceedings. Fed. R. Civ. P. 23(g)(3). Co-Lead Class Counsel's responsibilities include, but are not limited to, the following:

      a.   Determine and present (in briefs, oral argument, or such other fashion as may be appropriate, personally or by a designee) to the Court and opposing parties the position of Plaintiffs on all matters arising from pretrial proceedings;

      b.   Coordinate the initiation and conduct of discovery on behalf of Plaintiffs, consistent with the requirements of Federal Rules of Civil Procedure 26(b)(1), 26(b)(2), and 26(g), including the preparation of joint interrogatories and requests for production of documents and the examination of witnesses in depositions;

c. Delegate specific tasks to other counsel in a manner that ensures pretrial preparation is conducted efficiently and effectively;

d. Enter into stipulations with opposing counsel as necessary for the conduct of the litigation;

e. Prepare and distribute periodic status reports to the parties;

f. Maintain adequate contemporaneous time and cost records covering services as Co-Lead Class Counsel directs, establish a billing and expenses protocol, and collect such information from Plaintiffs' co-counsel on a periodic basis;

g. Monitor the activities of co-counsel to ensure that schedules are met and unnecessary expenditures of time and funds are avoided;

h. Fund the necessary and appropriate costs of discovery and other common benefit efforts;

i. Direct and manage settlement discussions or other dispute resolution efforts;

j. Ensure all proceedings are effective, efficient, and economical; and

k. Perform such other pretrial duties as may be incidental to coordination of pretrial activities or as authorized by further order of the Court.

7. No work shall be undertaken by any Plaintiffs' counsel without the express advance authorization of Co-Lead Class Counsel. Likewise, no pleadings, motions, discovery, settlement discussions, or other pretrial proceedings shall be initiated or filed by any Plaintiffs' counsel, except through Co-Lead Class Counsel or upon their express advance authorization.

8. The Court sets the following case schedule:

6

a. Plaintiffs shall file a Consolidated Class Action Complaint by January 26, 2026.

b. Defendants shall answer or file a pre-motion letter by February 27, 2026.

c. Plaintiffs shall to respond to any pre-motion letter by March 6, 2026.

SO ORDERED.

Hon. P. Kevin Castel
United States District Judge

Dated: New York, New York
December 11, 2025

7