**Debevoise & Plimpton**

Debevoise & Plimpton LLP
66 Hudson Boulevard
New York, NY 10001
+1 212 909 6000

James J. Pastore
Partner
jjpastore@debevoise.com
+1 212 909 6793

May 12, 2026

BY ECF

Hon. P. Kevin Castel
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

*In re Columbia University Data Breach Litigation, Lead Case No. 1:25-cv-05541 (PKC)*

Dear Judge Castel:

The Parties recently agreed to engage in private mediation and retained a mediator experienced in data breach cases. The Parties write jointly to respectfully request a stay of deadlines and proceedings pending the outcome of mediation. *See* ECF No. 49. On April 10, 2026, Plaintiffs filed their Amended Consolidated Class Action Complaint. ECF No. 50. Defendant's deadline to answer or file a pre-motion letter is May 22, 2026, and Plaintiffs' deadline to respond is June 5, 2026. ECF No. 49. The next conference in this case has not been set.

The Parties believe that a stay pending mediation would promote judicial economy and conserve party resources by potentially allowing the Parties to resolve this case without further litigation. Accordingly, the Parties respectfully propose to file a status report to the Court on the outcome of mediation no later than August 10, 2026.

This is the Parties' first request for an extension of the schedule entered at ECF No. 49.

Respectfully submitted,

/s/ James J. Pastore
James J. Pastore, Jr.
Erez Liebermann
**DEBEVOISE & PLIMPTON LLP**
66 Hudson Boulevard
New York, NY 10001
212-909-6000
jjpastor@debevoise.com
eliebermann@debevoise.com

/s/      Rachele R. Byrd
Rachele R. Byrd
**WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
T: (619) 239-4599
E: byrd@whafh.com

James Schaefer
**DEBEVOISE & PLIMPTON LLP**
650 California Street, Fl 31
San Francisco, CA 94108
415-738-5700
jpschaefer@debevoise.com

*Attorneys for Defendant Trustees of*
*Columbia University in the City of*
*New York*

cc: All Counsel of Record (via ECF)

William Bernard Federman
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania
Oklahoma City, OK 73102
T: (405) 235-1560
E: wbf@federmanlaw.com

Charles E. Schaffer (*pro hac vice*)
**LEVIN SEDRAN & BERMAN**
510 Walnut Street, Suite 500
Philadelphia, PA 19106
T: (215) 592-1500
E: cschaffer@lfsblaw.com

Ashley M. Crooks
(N.Y. Bar No. 5800776)
**HAUSFELD LLP**
33 Whitehall Street, 14th Floor
New York, NY 10004
T: (646) 357-1100
E: acrooks@hausfeld.com

*Interim Class Counsel for Plaintiffs*