IH-32
Rev: 2014-1

# United States District Court
for the
# Southern District of New York
## Related Case Statement

### Full Caption of Later Filed Case:

Aakash Dalal

| Plaintiff | Case Number |
|---|---|
| vs. | Civil Action No. 26cv1009 |
| The Trustees of Columbia University in the City of New York | |
| Defendant | |

### Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

IN RE COLUMBIA UNIVERSITY DATA
BREACH LITIGATION

| Plaintiff | Case Number |
|---|---|
| vs. | Lead Case No. 1:25-cv-05541-PKC |
| | |
| Defendant | |

IH-32                                                                                    Rev: 2014-1

Status of Earlier Filed Case:

☐ Closed          (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision.  Also, state whether there is an appeal pending.)

☑ Open            (If so, set forth procedural status and summarize any court rulings.)

Ten class action lawsuits were consolidated into In re Columbia University Data Breach Litigation, No. 1:25-cv05541-PKC on December 11, 2025. ECF No. 36.

Plaintiffs filed a first amended complaint on April 10, 2026. ECF No. 50. On May 13, 2026, Hon. P. Kevin Castel granted in part a joint-letter motion by Plaintiffs and Defendant to stay time to answer, pending a mediation between the parties. ECF No. 52. According to the May 13 order, Defendant's answer or pre-motion letter is due August 17, 2026, and the next conference is scheduled for September 29, 2026.

### Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

On December 11, 2025, Hon. P. Kevin Castel consolidated ten class action lawsuits and ruled that "[a]ny action subsequently filed in, transferred to, or removed to this Court that arises out of the same or similar operative actions as the Consolidated Action shall be consolidated with the Consolidated Action for class action purposes. The parties shall file a Notice of Related Cases whenever a case that should be consolidated into the Consolidated Action is filed in, transferred to, or removed to this district." ECF No. 36.

This newly filed case is brought against the same defendant, The Trustees of Columbia University in the City of New York, for an identical set of facts as the earlier filed case, namely unauthorized third-party access to defendant's network on or about May 16, 2025 and subsequent unauthorized access to the private information of certain current and former Columbia applicants, students, and employees. See, e.g., ECF No. 50 ¶ 8. Plaintiff has not properly served Columbia, and Columbia expressly reserves all rights to raise improper service as a defense.

Nevertheless, Columbia files this related case statement because, should the new and earlier filed cases progress separately, the parties could be subject to duplicative and inconsistent rulings, particularly if the new case were to proceed beyond the pleading stage as the earlier field case is currently scheduled for mediation. Both cases are in the early stages of litigation and there is likely to be a substantial duplication of expense to the parties, as well as an unnecessary use of judicial resources and burden on the court, absent a determination of relatedness.

Columbia reserves all rights, defenses, and objections.

Signature: ___/s/ James J. Pastore Jr.___     Date: ___June 23, 2026___

Firm: ___Debevoise & Plimpton LLP___