**Debevoise
&Plimpton**

**Debevoise & Plimpton LLP**
66 Hudson Boulevard
New York, NY 10001
+1 212 909 6000

**James J. Pastore**
**Partner**
jjpastore@debevoise.com
+1 212 909 6793

June 23, 2026

**BY ECF**
Hon. P. Kevin Castel
Hon. Jesse M. Furman
Daniel Patrick Monyihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

*Re:* **In re Columbia University Data Breach Litigation, Lead Case No. 1:25-cv-05541-PKC; Aakash Dalal v. The Trustees of Columbia University in the City of New York, No. 1:26-cv-1009-JMF**

Your Honors,

We write to provide additional facts regarding the contemporaneously filed related case statement in the above-captioned matters.

On December 11, 2025, Judge Castel consolidated ten class action lawsuits pertaining to a data breach in which an "unauthorized third-party . . . access[ed] [] [Columbia's] network . . . on or about May 16, 2025," and subsequently accessed "personally identifiable information . . . from [Columbia] applicants, students, and employees." *In re Columbia University Data Breach Litigation*, Lead Case No. 1:25-cv-05541-PKC, ECF No. 36; *Id.* at ECF No. 50 ¶¶ 3, 9. Upon consolidating the cases, Judge Castel ordered that "[a]ny action subsequently filed in, transferred to, or removed to this Court that arises out of the same or similar operative actions as the Consolidated Action shall be consolidated with the Consolidated Action for class action purposes. The parties shall file a Notice of Related Cases whenever a case that should be consolidated into the Consolidated Action is filed in, transferred to, or removed to this District." *Id.* at ECF No. 36 ¶ 4.

On February 5, 2026, Plaintiff Aakash Dalal filed a complaint against Columbia arising out of the May 16 cyberattack (the "Dalal Complaint"). *Aakash Dalal v. The Trustees of Columbia University in the City of New York*, No. 1:26-cv-1009-JMF, ECF No. 1 ¶ 20. The Dalal Complaint was not filed with a related case statement, and was subsequently assigned to Judge Furman.

On May 5, 2026, Judge Furman issued a summons and directed Mr. Dalal to effect service of the summons and Dalal Complaint on Columbia within 90 days (i.e., by August 3, 2026). *Id.* at ECF No. 7. Dalal has not yet properly served Columbia, and Columbia reserves all rights to raise a defense of improper service.

www.debevoise.com

Although service has not yet been effected, in an abundance of caution, Columbia filed the related case statement in order to bring these cases to Your Honors' attention.

Respectfully,

_____/s/ *James J. Pastore, Jr.*_____
James J. Pastore, Jr.

cc: All Counsel of Record (via ECF)

2