**Debevoise**
**&Plimpton**

**Debevoise & Plimpton LLP**
66 Hudson Boulevard
New York, NY 10001
+1 212 909 6000

**James J. Pastore**
**Partner**
jjpastore@debevoise.com
+1 212 909 6793

August 10, 2026

BY ECF

Hon. P. Kevin Castel
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

### *In re Columbia University Data Breach Litigation, Lead Case No. 1:25-cv-05541 (PKC)*

Dear Judge Castel:

Pursuant to the Court's May 13, 2026 Order (ECF No. 52), the Parties write jointly to notify the Court that the Parties reached an agreement in principle to resolve this action.  The Parties continue to negotiate final details of the settlement and respectfully request that the Court set a deadline of September 18, 2026 for the parties to file a motion for preliminary approval of the settlement agreement.  In the interim, to promote judicial economy and conserve resources, the Parties request that all current case deadlines be stayed pending that submission and that the next conference before the Court set for September 29, 2026 be made available to discuss any issues about the settlement.

The Parties previously requested a stay of deadlines and proceedings pending the outcome of mediation and Your Honor granted a stay of time to answer and of discovery until August 10, 2026.  ECF No. 52.

Respectfully submitted,

/s/ James J. Pastore
James J. Pastore, Jr.
Erez Liebermann
**DEBEVOISE & PLIMPTON LLP**
66 Hudson Boulevard
New York, NY 10001
212-909-6000
jjpastor@debevoise.com
eliebermann@debevoise.com

/s/ Rachele R. Byrd
Rachele R. Byrd
**WOLF HALDENSTEIN ADLER**
**FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
T: (619) 239-4599
E: byrd@whafh.com

James Schaefer
**DEBEVOISE & PLIMPTON LLP**
650 California Street, Fl 31
San Francisco, CA 94108
415-738-5700
jpschaefer@debevoise.com

*Attorneys for Defendant Trustees of
Columbia University in the City of
New York*

cc: All Counsel of Record (via ECF)

William Bernard Federman
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania
Oklahoma City, OK 73102
T: (405) 235-1560
E: wbf@federmanlaw.com

Charles E. Schaffer (*pro hac vice*)
**LEVIN SEDRAN & BERMAN**
510 Walnut Street, Suite 500
Philadelphia, PA 19106
T: (215) 592-1500
E: cschaffer@lfsblaw.com

Ashley M. Crooks
(N.Y. Bar No. 5800776)
**HAUSFELD LLP**
33 Whitehall Street, 14th Floor
New York, NY 10004
T: (646) 357-1100
E: acrooks@hausfeld.com

*Interim Class Counsel for Plaintiffs*