Federman & Sherwood

10205 N. PENNSYLVANIA AVENUE
OKLAHOMA CITY, OKLAHOMA 73120
TELEPHONE: (405) 235-1560
FACSIMILE: (405) 239-2112

602 S. MAIN STREET
GAINESVILLE, FLORIDA 32601
TOLL FREE: (800) 237-1277

4131 N. CENTRAL EXPRESSWAY
SUITE 900
DALLAS, TEXAS 75204
TOLL FREE: (800) 237-1277

August 14, 2026

Conference scheduled for September 29, 2026 will proceed remotely.
Call-In Information is: 1-855-244-8681, Access Code: 2305 810 3970#.
SO ORDERED.
Dated: 8/19/2026

P. Kevin Castel
United States District Judge

**BY ECF**

Hon. P. Kevin Castel
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street New York, NY 10007-1312

**RE:** ***In re Columbia University Data Breach Litigation*,**
**Lead Case No. 1:25-cv-05541 (PKC)**

Dear Judge Castel:

The Parties jointly request that the September 29, 2026, status conference proceed by telephone or videoconference to reduce costs for the Parties and the Class Members.

The Parties recently filed a joint letter motion to stay. (ECF No. 54). The Court granted the stay. (ECF No. 55). The Court's order notes that the case has settled and reflects the Parties' intent to finalize a settlement agreement and file an unopposed motion for preliminary approval by September 18, 2026, requesting that the September 29, 2026 conference address any settlement-related issues. To avoid costs associated with travel for counsel on both sides, the Parties jointly request that the September 29, 2026 status conference proceed by telephone or videoconference.

Holding the conference remotely will promote efficiency and reduce expenses while the Parties complete the settlement-related tasks.

Dated: August 14, 2026

Respectfully submitted,

By: */s/ William B. Federman*
William B. Federman
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania
Oklahoma City, OK 73102
T: (405) 235-1560
E: wbf@federmanlaw.com

Ashley M. Crooks*
**HAUSFELD LLP**
33 Whitehall Street, 14th Floor
New York, NY 10004
T: (636) 357-1100
E: acrooks@hausfeld.com

Rachele R. Byrd*
**WOLF HALDENSTEIN ADLER**
**FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
T: (619) 239-4599
E: byrd@whafh.com

Charles E. Schaffer*
**LEVIN SEDRAN & BERMAN**
510 Walnut Street, Suite 500
Philadelphia, PA 19106
T: (215) 592-1500
E: cschaffer@lfsblaw.com

*Admitted *Pro Hac Vice*

*Counsel for Plaintiffs and the Proposed Class*

James J. Pastore, Jr.
Erez Liebermann
**DEBEVOISE & PLIMPTON LLP**
66 Hudson Boulevard
New York, NY 10001
212-909-6000
jjpastor@debevoise.com
eliebermann@debevoise.com

James Schaefer
**DEBEVOISE & PLIMPTON LLP**
650 California Street, Fl 31
San Francisco, CA 94108
415-738-5700
jpschaefer@debevoise.com

*Attorneys for Defendant Trustees of Columbia University in the City of New York*