Federman & Sherwood

10205 N. Pennsylvania Avenue
Oklahoma City, Oklahoma 73120
Telephone: (405) 235-1560
Facsimile: (405) 239-2112

602 S. Main Street
Gainesville, Florida 32601
Telephone: (800) 237-1277

4131 N. Central Expressway
Suite 900
Dallas, Texas 75204
Telephone: (800) 237-1277

September 29, 2026

**VIA ECF FILING**

Hon. P. Kevin Castel
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**Re: In re Columbia University Data Breach Litigation,**
**Lead Case No. 1:25-cv-05541 (PKC)**

Dear Judge Castel:

We represent Plaintiffs Khamari Babb, Raymond Chao, Steven Daley, Randall Erwin, David Guirgis, Alex Hall, Shakeem Holmes, Rema Khacho, Lauren Kramer, Luke Linich, Nadav Margalit, John McQueen, Liam Murray, Gabriela Nadeau, Joseph Quintero, Carrick Reider, Andrew Rudick, and Mary Thomas (collectively, "Plaintiffs") in the above-mentioned case.

Attached hereto as **Exhibit 1** is a copy of the revised Long Form Notice amended in accordance with the Court's order dated September 23, 2026 (ECF No. 59). The Settlement Administrator will disseminate the attached version to the Settlement Class Members in accordance with the Settlement Agreement and the Court's order granting preliminary approval on September 23, 2026 (ECF No. 60).

Respectfully submitted,

Dated: September 29, 2026

By: */s/ William B. Federman*

William B. Federman
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania
Oklahoma City, OK 73102
T: (405) 235-1560
E: wbf@federmanlaw.com

Ashley M. Crooks
**HAUSFELD LLP**
33 Whitehall Street, 14th Floor
New York, NY 10004

Federman & Sherwood

10205 N. Pennsylvania Avenue
Oklahoma City, Oklahoma 73120
Telephone: (405) 235-1560
Facsimile: (405) 239-2112

602 S. Main Street
Gainesville, Florida 32601
Telephone: (800) 237-1277

4131 N. Central Expressway
Suite 900
Dallas, Texas 75204
Telephone: (800) 237-1277

T: (636) 357-1100
E: acrooks@hausfeld.com

Rachele R. Byrd
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
T: (619) 239-4599
E: byrd@whafh.com

Charles E. Schaffer
**LEVIN SEDRAN & BERMAN**
510 Walnut Street, Suite 500
Philadelphia, PA 19106
T: (215) 592-1500
E: cschaffer@lfsblaw.com

*Counsel for Plaintiffs and the Proposed Class*

## CERTIFICATE OF SERVICE

I hereby certify that, on September 29, 2026, a copy of the foregoing was filed electronically with the Clerk of Court via CM/ECF. Notice of this filing will be sent by email to all Parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the court's CM/ECF system.

*/s/William B. Federman*
William B. Federman